36 A.3d 1097

Lucius SHAIRD, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Commonwealth of Pennsylvania Department of Corrections and Regional Contract Jail Albion, Respondents.

No. 110 EM 2011.

Supreme Court of Pennsylvania.

Feb. 6, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of February, 2012, the Application for Leave to File Original Process is **GRANTED,** and the

"Petition for Writ of Mandamus, Habeas Corpus, Injunctive and/or Extraordinary Relief" is **DENIED.**